FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2016 MAY -5 P 12: 15

WILLIAM W. BLEVINS
CLERK

# FELONY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## INDICTMENT FOR CONSPIRACY TO MISAPPLY AND EMBEZZLE FEDERAL FUNDS AND TO COMMIT ACCESS DEVICE FRAUD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 16-083 |
| v. | * | SECTION: SECT. A MAG. 3 |
| DARRELL J. WILLIAMS | * | VIOLATIONS: |
| | * | 18 U.S.C. § 371 |
| | | 18 U.S.C. § 666(a)(1)(A) |
| | * | 18 U.S.C. § 641 |
| | | 18 U.S.C. § 1029(a)(2) |
| | * | |

\* \* \*

The Grand Jury charges that:

### COUNT 1

**A.   AT ALL TIMES MATERIAL HEREIN:**

1.   From in or about 1987, and continuing to the date of this Indictment, the Department of Housing and Urban Development ("HUD"), an agency and department of the United States, through the Housing Authority of New Orleans ("HANO"), provided federal funding to the B.W. Cooper Resident Management Corporation (hereinafter "B.W. Cooper RMC").

√ Fee USA
  Process
X Dktd
  CtRmDep
  Doc. No.

2. The B.W. Cooper RMC was a non-profit corporation established to manage and maintain the housing units and grounds at the B.W. Cooper Housing Development, a low-income housing development located in New Orleans, Louisiana. The B.W. Cooper RMC was an organization that received in any one year period in excess of $10,000 of federal financial assistance under a federal program from HUD, an agency and department of the United States, through HANO, to manage and maintain the B.W. Cooper Housing Development.

3. The defendant **DARRELL J. WILLIAMS (WILLIAMS)** was employed as the Executive Director of the B.W. Cooper RMC from in or about January 2001, through on or about May 16, 2011. As the Executive Director, **WILLIAMS** functioned as the chief administrator responsible for the overall operations of B.W. Cooper RMC and the B.W. Cooper Housing Development.

**B. THE CONSPIRACY:**

Beginning at a time unknown, but prior to January 2009, and continuing through on or about May 19, 2011, in the Eastern District of Louisiana and elsewhere, the defendant **DARRELL J. WILLIAMS**, along with others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, and agree together to:

1. Embezzle, steal, obtain by fraud and intentionally misapply funds worth at least $5,000 owned by and under the

care, custody, and control of the B.W. Cooper RMC, to be used for his personal benefit and the benefit of others not entitled thereto, in violation of Title 18 U.S.C. Section 666(a)(1)(A);

2. Embezzle, steal, purloin, and convert to his own use, and the use of others, money in excess of $1,000 belonging to the United States and its agency HUD, in violation of Title 18 U.S.C. Section 641; and

3. Use an unauthorized access device during any one-year period and by such conduct did obtain things of value aggregating in excess of $1,000 affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

C. **MANNER AND MEANS:**

The Defendant, **DARRELL J. WILLIAMS** and others at his direction, used the B.W. Cooper RMC credit card to charge unauthorized personal expenses which were later paid using B.W. Cooper RMC monies derived from federal funds, and further, received double payments through payroll checks in excess of what they had in fact earned during a payroll period, said payments were likewise made using B.W. Cooper RMC monies derived from federal funds.

D. **OVERT ACTS:**

On or about the following dates, in furtherance of the conspiracy and to accomplish its purposes, the defendant,

3

**DARRELL J. WILLIAMS,** and others known and unknown to the Grand Jury, committed the following overt acts, among others, in the Eastern District of Louisiana and elsewhere:

**Overt Act 1-5:**

On or about July 24, 2006, through on or about May 6, 2011, defendant **WILLIAMS** and others, did cause the B.W. Cooper RMC credit card to be used to pay for unauthorized personal purchases and expenses that were later paid for using B.W. Cooper RMC monies derived from federal funds as follows:

| Overt Act | Amount   | Date Charged | Description    |
|-----------|----------|--------------|----------------|
| 1         | $803.40  | 07/24/2006   | Traffic Ticket |
| 2         | $174.30  | 06/19/2009   | Traffic Ticket |
| 3         | $176.08  | 05/02/2010   | Restaurant     |
| 4         | $636.56  | 05/11/2010   | Gym Membership |
| 5         | $268.56  | 05/06/2011   | Restaurant     |

**Overt Act 6:**

On or about May 24, 2010, defendant **WILLIAMS** and others double billed B.W. Cooper RMC for certain work performed on behalf of B.W. Cooper RMC, and caused payroll check number 25755 to be issued to defendant **WILLIAMS** in the amount of $1335.91 for the payroll period 05/16/2010 through 05/29/2010, which payroll

check was funded with B.W. Cooper RMC monies derived from federal funds.

All in violation of Title 18, United States Code, Section 371.

## NOTICE OF FORFEITURE

1. The allegations of Count 1 of the Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 371, 641, 666, 1029, and 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461.

2. As a result of the offenses alleged in Count 1 of the Indictment, the defendant, **DARRELL J. WILLIAMS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461, any and all property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Sections 371, 641, 666, 1029 and 981(a)(1)(C).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

    All in violation of Title 18, United States Code, Sections 371, 641, 666, 1029 and 981(a)(1)(C).

A TRUE BILL:

[signature redacted]

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

[signature]

IRENE GONZÁLEZ
Assistant United States Attorney
Louisiana Bar Roll No. 18915

New Orleans, Louisiana
May 5, 2016

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern  District of  Louisiana
_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

## DARRELL J. WILLIAMS

# INDICTMENT

### FOR CONSPIRACY TO MISAPPLY AND EMBEZZLE FEDERAL FUNDS AND TO COMMIT ACCESS DEVICE FRAUD

| VIOLATIONS: | 18 U.S.C. § 371 |
| | 18 U.S.C. § 666(a)(1)(A) |
| | 18 U.S.C. § 641 |
| | 18 U.S.C. § 1029(a)(2) |

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day of* _____ *A.D. 2016.*

_____
*Clerk*

Bail, $ _____

_____
Assistant United States Attorney  IRENE GONZÁLEZ